IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *ex rel.* LOREN RICHARDS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-0078 |
| | § | |
| SEALY HOLDINGS, LLC, *et al.*, | § | |
|     Defendants. | § | |

## **ORDER**

In accordance with the Notice of Dismissal [Doc. # 5] filed by Relator Loren Richards, to which neither the State of Texas nor the United States has objected, it is hereby

**ORDERED** that this case is **DISMISSED**.

SIGNED at Houston, Texas, this 27th day of **July, 2017**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE